THE STATE EX REL. TACKETT, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE, ET AL.

[Cite as *State ex rel. Tackett v. Indus. Comm.* (2000), 88 Ohio St.3d 227.]

(No. 99–981—Submitted February 8, 2000—Decided March 22, 2000.)

---

*Law Office of Thomas Tootle* and *Thomas Tootle,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Cheryl J. Nester,* Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and COOK, J., dissent and would affirm the judgment of the court of appeals.

LUNDBERG STRATTON, J., dissents and would return this cause to the Industrial Commission for further review.